IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MICHAEL JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-920-NJR-DGW |
| | ) | |
| WEXFORD HEALTH SOURCES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for docket control.

There are a total of 32 Defendants in this matter. 26 of those Defendants have entered an appearance: **William Alley** ("Mr. Allie"), **Alton Angus** ("Mr. Angus"), **Dr. Mirza Baig** ("Dr. Baige"), **Dr. Sylvia Butler** ("Dr. Butler"), **Curtis Cox** ("Officer Cox"), **Linda Duckworth** ("Ms. Duckworth"), **Shelley Franklin** ("Ms. Franklin"), **John Garlick** ("Dr. Garland"), **Elizabeth Hart** ("Ms. Heart"), **John R. Baldwin** ("Director Illinois Department of Corrections"), **Dr. Jonathan Kelly** ("Dr. Kelly"), **Dr. Catherine Larry** ("Ms. Larry"), **Garrett Leposky** ("C/O Leposky"), **Michael Lemke** ("Warden Limpski"), **Daidra Marano** ("Dr. Marono"), **Christopher McClure** ("McClure"), **Cortney Meyers** ("Ms. Meyers"), **Andrea Moss** ("Ms. Moss"), **Dr. Saleh Obaisi** ("Dr. Obasis"), **Randy Pfister** ("Warden Beasten"), **Dr. Sudarshan Suneja** ("Dr. Sehasian"), **Joel Slavens** ("C/O Slabens"), **Rebecca Stefani** ("Ms. Stephanie"), **Brook Thomas** ("Ms. Thomas"), **Dr. John Trost** ("Dr. Trost"), and **Tarry Williams** ("Terry Williams").

The Clerk of Court is **DIRECTED** to modify the docket sheet to reflect the true spelling of each of these Defendants' names.

The remaining 6 Defendants are Wexford Health Sources (Director), Wexford Health Sources (Mental Health Director), Dr. Joseph, Dr. Matthews, Dr. G, and Unknown Party (John Doe Shift Lieutenant at Menard).  The Clerk of Court inadvertently terminated Dr. G in the docket.  The Clerk is **DIRECTED** to reinstate Dr. G as an active Defendant.

As to the first 4 of these Defendants, Plaintiff was directed, on November 30, 2015 to provide more information about them in order for process to be served by December 30, 2015 (Doc. 38).  No information was provided by the deadline.  Plaintiff was appointed current counsel on March 18, 2016 (Doc. 102).  Motions to amend were due on October 21, 2016 (Doc. 108).  No motion to amend has been filed and Plaintiff has not identified the remaining unknown Defendants.  In order to move these proceedings along, Defendants shall provide, if known, the names of the unserved Defendants to Plaintiff by **March 31, 2017**.  Plaintiff shall file a motion for leave to amend the complaint by **April 14, 2017**.  This matter is **SET** for a telephonic status conference on **May 9, 2017 at 3:30 p.m.**  Defendants (Wexford) to initiate the conference call.

**DATED: March 1, 2017**

                                                                        **DONALD G. WILKERSON**
                                                                        **United States Magistrate Judge**